UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60422-CIV-SMITH

LOUIS SPAGNUOLO,

    Plaintiff,
v.

AMERICAN CASUALTY COMPANY OF
READING, PENNSYLVANIA, *et al.*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

This cause came before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. Plaintiff filed an Amended Complaint on May 28, 2024 [DE 29], which added Defendants, Irwin Siegle Agency, Inc. ("Irwin"), and Safepoint Insurance Company ("Safepoint"), to the action. It is therefore

**ORDERED** that on or before **August 30, 2024**, Plaintiff shall show cause why the action should not be dismissed against Irwin and Safepoint for failure to perfect service of process. Failure to comply with this Order will result in the dismissal of Irwin and Safepoint without prejudice and without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 27th day of August, 2024.

*/s/ Rodney Smith*
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record